THE STATE, CARRIE WILLS ET AL., PROSECUTORS, v. E. O. LIPPINCOTT, COLLECTOR OF PEMBERTON.

A person to whom a sum of money secured by mortgage is payable at the death of one therein named is subject to be assessed for it according to its present value, to be computed by the rules of the Court of Chancery.

On *certiorari*.

Argued at November Term, 1887, before Justices DEPUE, VAN SYCKEL and KNAPP.

For the plaintiff, *Chas. E. Merritt.*

For the defendant, *James P. Grigg.*

The opinion of the court was delivered by

VAN SYCKEL, J. The question in this case is how a bond secured by mortgage upon lands, payable at the death of a person therein named, shall be assessed for taxation.

This question was before this court in the case of *Wyckoff* v. *Jones,* 10 *Vroom* 650, and more recently in *Crispin* v. *Van Syckel,* 20 *Vroom* 366. The rule adopted is that the mortgagee shall be assessed only for the true value of his interest, to be ascertained by the table of mortality, upon expectancy of life of the person at whose death the principal is payable.

This is the rule which must govern this case. The computation will be made according to the rules of the Court of Chancery, and the assessment will stand against the relators for the amount so found, and as to the surplus it is set aside.